# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RAHEEM PRICE,<br><br>Plaintiff<br><br>v.<br><br>K. CLIFTON, et al.,<br><br>Defendants. | Case No. 2:21-cv-06884-JLS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: November 16, 2021.

                                          JOSEPHINE L. STATON
                                          JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE